UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIO RODRIGUEZ,

                Plaintiff,

     v.

THE BOEING COMPANY,

                Defendant.

CASE NO. C18-1213-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' email correspondence with the Court. On November 15, 2019, the Court granted Christopher J. Stockwell and his law firm Stockwell Law Firm PLLC leave to withdraw as counsel for Plaintiff. (*See* Dkt. No. 40 at 4.) The Court stayed all matters in this case for 90 days to allow Plaintiff to seek new counsel. (*See id.* at 3–4.) On February 12, 2020, Plaintiff notified the Court via email that he has been unable to retain new counsel and requested an additional 60 days to seek new counsel. Defendant has stated that it does not oppose Plaintiff's request.

The Court, finding good cause, hereby GRANTS Plaintiff's request and ORDERS as follows:

1.   The stay in this case is CONTINUED until April 17, 2020;

2. If Plaintiff is unable to retain new counsel, Plaintiff must file a motion to proceed *pro se* in accordance with Western District of Washington Local Civil Rule 83.2(b)(5) within seven days of the expiration of the stay;

3. Once Plaintiff retains new counsel or is granted leave to proceed *pro se* pursuant to Local Civil Rule 83.2(b)(5), the parties shall file a joint status report proposing a modified case schedule, including new noting dates for the pending motions (Dkt. Nos. 26, 31) and a new trial date.

DATED this 14th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk