THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | CASE NO. C18-1213-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay in this case (Dkt. No. 47). Having thoroughly reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. The stay in this case is CONTINUED until November 13, 2020;
2. If Plaintiff is unable to retain new counsel, Plaintiff must file a motion to proceed *pro se* in accordance with Western District of Washington Local Civil Rule 83.2(b)(5) within seven days of the expiration of the stay;
3. Once Plaintiff retains new counsel or is granted leave to proceed *pro se* pursuant to Local Civil Rule 83.2(b)(5), the parties shall file a joint status report proposing a modified case schedule, including new noting dates for the pending motions (Dkt. Nos.

26, 31) and a new trial date.

DATED this 17th day of July 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1213-JCC
PAGE - 2