THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| | |
|---|---|
| MARIO RODRIGUEZ, | CASE NO. C18-1213-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16 Coughenour, United States District Judge:

17    This matter comes before the Court *sua sponte*. The Court understands that Plaintiff is

18 undergoing medical treatment and is unable to currently prosecute this matter. Finding good

19 cause, the Court ORDERS that:

20    1.   The stay in this case is CONTINUED until March 12, 2021;

21    2.   If Plaintiff is unable to retain new counsel, Plaintiff must file a motion to proceed *pro se*

22         in accordance with Western District of Washington Local Civil Rule 83.2(b)(5) within

23         seven days of the expiration of the stay;

24    3.   Once Plaintiff retains new counsel or is granted leave to proceed *pro se* pursuant to

25         Local Civil Rule 83.2(b)(5), the parties shall file a joint status report proposing a

26         modified case schedule, including new noting dates for the pending motions (Dkt. Nos.

1          26, 31) and a new trial date.

2              DATED this 12th day of November 2020.

3                                          William M. McCool
                                           Clerk of Court
4
                                           s/Paula McNabb
5                                          Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-1213-JCC
PAGE - 2