THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ, | CASE NO. C18-1213-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court understands Plaintiff is continuing to undergo medical treatment and is unable to prosecute this matter at this time. He seeks a final six-month extension of the current stay in this case, which expires March 12, 2021. The Court, accordingly, ORDERS Defendant to respond to Plaintiff's request within seven (7) days of this order. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

DATED this 2nd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-1213-JCC
PAGE - 1