THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C18-1213-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's response to Plaintiff's request for a continuance (Dkt. No. 51). The Court understands that Plaintiff is continuing to undergo medical treatment, is unable to currently prosecute this matter, and Defendant does not oppose a final stay in this matter until September 10, 2021. (*See id.*) Finding good cause, the Court ORDERS that:

1. The stay in this case is CONTINUED until September 10, 2021;
2. This is the final extension Plaintiff will be granted in this matter.
3. If Plaintiff is unable to retain new counsel, Plaintiff must file a motion to proceed *pro se* in accordance with Western District of Washington Local Civil Rule 83.2(b)(5) within seven days of the expiration of the stay;

4. Once Plaintiff retains new counsel or is granted leave to proceed *pro se* pursuant to Local Civil Rule 83.2(b)(5), the parties shall file a joint status report proposing a modified case schedule, including new noting dates for the pending motions (Dkt. Nos. 26, 31) and a new trial date.

DATED this 9th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
