THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ,<br><br>              Plaintiff,<br>    v.<br><br>THE BOEING COMPANY,<br><br>              Defendant. | CASE NO. C18-1213-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's e-mail request to the Court for an additional extension of the stay. Plaintiff seeks a brief extension to allow time for new counsel to appear in this matter. Defendant does not oppose the extension. Accordingly, the stay in this matter is EXTENDED to September 17, 2021.

DATED this 10th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk