THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ, | CASE NO. C18-1213-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's e-mail request to the Court for an additional extension of the stay. Plaintiff seeks a six-week extension to allow time for new counsel to appear in this matter on his behalf. Defendant opposes the extension. After considering the parties' arguments, the Court EXTENDS the stay two weeks, to October 1, 2021. Once counsel has appeared on Plaintiff's behalf, they may request an additional stay in this matter, which the Court will consider, but not before counsel's appearance. The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

//

//

//

MINUTE ORDER
C18-1213-JCC
PAGE - 1

DATED this 17th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
