THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ, | CASE NO. C18-1213-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case has been stayed since February 14, 2021. (*See* Dkt. Nos. 40, 44, 46, 48, 49, 50, 52, 54, 55.) The Court stayed the case to provide Plaintiff an opportunity to secure new representation, following prior counsel's withdrawal. (*Id.*) Replacement counsel recently appeared, (*see* Dkt. No. 56), and the stay ended October 1, 2021, (*see* Dkt. No. 55).

Accordingly, Plaintiff is ORDERED to show cause why the Court should not issue rulings based upon the briefing presently before it for (a) Plaintiff's second motion to amend his complaint (Dkt. No. 26) and (b) Defendant's motion for summary judgment (Dkt. No. 31). (*See* Dkt. Nos. 29, 36, 37, 39.) Plaintiff's response to this order to show cause is due no later than October 8, 2021.

DATED this 4th day of October 2021.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski</u><br>
Deputy Clerk

MINUTE ORDER
C18-1213-JCC
PAGE - 2