THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO RODRIGUEZ, | CASE NO. C18-1213-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's response to the Court's order to show cause (Dkt. No. 59.) Plaintiff affirms that the motions pending in this case are ripe for the Court's decision. (*Id.* at 1.)

As a preliminary matter, the Court DENIES Plaintiff's second motion to amend his complaint (Dkt. No. 26.) As the Court previously indicated, Plaintiff's motion is governed by Federal Rule of Civil Procedure 16(b)(4). (Dkt. No. 25 at 2.) Plaintiff fails to demonstrate the diligence necessary to establish good cause to further modify the schedule in this matter. (*See generally* Dkt. Nos. 26 at 9–12, 36 at 5–6.)

The Court will consider Defendant's motion for summary judgment (Dkt. No. 31) in short order and will advise the parties if it finds that oral argument is necessary to render a

decision on the motion. Otherwise, the Court will proceed on the motion without oral argument. *See* W.D. Wash. Local Civ. R. 7(b)(4).

DATED this 14th day of October 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk